# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CAMARENA, et al.,<br>　　　Plaintiffs,<br><br>　　　v.<br><br>STATE FARM AUTOMOBILE INSURANCE,<br>　　　Defendant. | 2:24-cv-8436-DSF-AGR<br><br>JUDGMENT |

　　The Court having granted Defendant State Farm Mutual Automobile Insurance Company's (sued erroneously as State Farm Automobile Insurance) motion for summary judgment,

　　IT IS ORDERED AND ADJUDGED that Plaintiffs take nothing, that the action be dismissed with prejudice, and that Defendant recover costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Date:  August 27, 2025

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Dale S. Fischer
　　　　　　　　　　　　　　　　　　United States District Judge